

FILED

APR 0 6 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

Chattanooga, Division

| | |
|---|---|
| PATRICK PITTS | Case No. 1-26-mc-11 |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☑ Yes  ☐ No |
| -v- | |
| BO BARNETT SHERIFF OF MARION CO. TN.<br>WAYNE JORDAN S. PITTSBURG POLICE DEPT. | |
| *Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

####    A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | PATRICK PITTS |
| Street Address | 140 MACON WAY |
| City and County | HARTSVILLE                     TROUSDALE, COUNTY |
| State and Zip Code | TENNESSEE 37074 |
| Telephone Number | N/A |
| E-mail Address | N/A |

####    B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name       BO BURNETT

Job or Title *(if known)*       SHERIFF

Street Address       P.O. BOX 789

City and County       JASPER       MARION COUNTY

State and Zip Code       TENNESSEE 37347

Telephone Number       423-942-2525

E-mail Address *(if known)*

Defendant No. 2

Name       WAYNE JORDAN

Job or Title *(if known)*       POLICE CHIEF

Street Address       205 ELM AVENUE

City and County       SOUTH PITTSBURG       MARION COUNTY

State and Zip Code       TENNESSEE 37380

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name       N/A

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name       N/A

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question                    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Eighth Amendment to the United States Constitution, in violation the rights found in the Eighth Amendment by failing to provide proper care for his medical conditions and interfering with his ability to obtain proper care resulting in cruel and unusual being inflicted. Also the right to be free from cruel and unusual punishment when he was wrestled to the ground by defendant 2 South Pittsburg Police Chief Wayne Jordan.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  Patrick Pitts                          , is a citizen of the

State of *(name)*  Tennessee                          .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*  N/A                          , is incorporated

under the laws of the State of *(name)*                                         ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*  Bo Burnett                          , is a citizen of

the State of *(name)*  Tennessee                          . Or is a citizen of

*(foreign nation)*                                         .

b.     If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

N/A

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attachment .

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff seeks two (2) million dollars from the defendants for first of all excessive force by defendant two, Police Chief Wayne Jordan, and Two Million dollars from defendant one, Sheriff Bo Burnett, the custodial authority for the Jail located at Jasper, Tennessee for failure to treat the plaintiff's broken arm while incarcerated at the Marion County Jail, showing deliberate indifference to his medical needs while being held at the jail, causing the Plaintiff to have his arm amputated.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          04/01/2026

Signature of Plaintiff          *Patrick Pitts*

Printed Name of Plaintiff

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address